**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**CHRIS JAMES LEONARD,**
**Louisiana Department of Corrections inmate  #98621**                    **PETITIONER**

**VERSUS**                                        **CIVIL ACTION NO. 5:10-cv-37-DCB-MTP**

**JIM HOOD AND ROBERT HENDERSON**                                **RESPONDENTS**

<u>ORDER</u>

Before the Court is Petitioner's motion for summary judgment [8] and memorandum in support [9] filed July 21, 2010.  Petitioner's motion [8] requests that this Court dismiss the detainer lodged against him by the state of Mississippi.  This request is also the basis of the instant habeas petition.  The Court notes that the Respondent was directed to answer at this early stage in the proceedings, by order [7] of this Court on July 21, 2010.  As such, the Court finds that the Petitioner's request is not well-taken and is denied as premature.  Accordingly, it is

ORDERED that Petitioner's motion for summary judgment [8] is denied.

THIS, the __23rd___ day of July, 2010.


_____s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE